**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 13 MAL 2019 |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| VICTOR LEE COPENHAVER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

    Did the Superior Court err in finding that an expired vehicle registration tag constitutes a "breach of the peace", thus granting sheriffs and citizens a common law power to arrest on that basis alone?